**1:22-cr-00067
Judge Edmond E. Chang
Magistrate Judge Heather K. McShain**

FILED
2/3/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFONSO HIDALGO-GOMEZ and<br>JOSE CATALAN-AVILA | Case Number:<br><br>Violations: Title 21, United States Code, Sections 841(a)(1) and 846<br><br>**UNDER SEAL** |

COUNT ONE

The SPECIAL JULY 2021 GRAND JURY charges:

Beginning no later than in or about December 2019, and continuing until approximately March 10, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

ALFONSO HIDALGO-GOMEZ and
JOSE CATALAN-AVILA,

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about December 23, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> ALFONSO HIDALGO-GOMEZ and
> JOSE CATALAN-AVILA,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about January 27, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ALFONSO HIDALGO-GOMEZ and
JOSE CATALAN-AVILA,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about March 10, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ALFONSO HIDALGO-GOMEZ and
JOSE CATALAN-AVILA,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY